## WOODS v. WALKER.

No. 20900. Opinion Filed Jan. 7, 1930.

W. P. Miles, for plaintiff in error.

H. O. Bland, for defendant in error.

PER CURIAM. In this cause the plaintiff in error attempts to appeal from a judgment and order of the district court of Tulsa county. On November 18, 1929, there was filed with the clerk of this court a purported case-made. No petition in error has been filed in this cause, and this court is without jurisdiction to review the judgment complained of. Wetzell v. McConkey, 127 Okla. 165, 260 Pac. 77; Tinker v. Scharnhorst, 114 Okla. 27, 242 Pac. 1041; Sterling v. Boucher, 79 Okla. 32, 190 Pac. 1090; Dill v. Marks, 53 Okla. 142, 155 Pac. 521; Hopley v. Benton, 38 Okla. 223, 132 Pac. 808.

This court not having jurisdiction to review the judgment complained of, upon motion of the defendant in error, the attempted appeal is hereby dismissed.

Note.—See "Appeal and Error," 3 C. J. § 1093, p. 1082, n. 30.